UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
PURISIMA                                                          Docket Number: 12 CV 1278 (RJS)

       -against-                                        NOTICE OF ASSIGNMENT
                                                                              (PRO-SE)
BRYAN
-------------------------------------------------------

      The above-entitled action is:

---

[ ] Declined by Hon.
      As  [ ] Related/ [ ] Similar to case #:

---

[ X ] Assigned to the Hon. RICHARD J. SULLIVAN (RJS)
    [ X ] Designated / [ ] Redesignated Hon. RONALD L. ELLIS (RLE),
    Magistrate Judge

---

[ ] Accepted by Hon.           as [ ] Related/ [ ] Similar to case #:
    [ ] Designated   [ ] Redesignated Hon.              ,Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                                  Ruby J. Krajick
                                                                  Clerk of Court

Dated: 04/09/2012                                         By:      PHYLLIS ADAMIK
                                                                                   Deputy Clerk