UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-12
```

ANTON PURISIMA,

                         Plaintiff,

-v-

BILL BRYAN; URBAN JUSTICE CENTER;
JOHN DOE; JANE DOE; MEGAN STUART,

                         Defendants.

No. 12 Civ. 1278 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff, proceeding *pro se*, initiated this action on February 17, 2012, after the Court dismissed similar claims in a case previously filed by Plaintiff. *See Purisima v. Bryan, et al.*, 11 Civ. 9159. By Order dated April 10, 2012, the Court ordered the Clerk of the Court to issue a Summons, and directed Plaintiff to serve the Summons and Complaint upon Defendants Bill Bryan, the Urban Justice Center, and Megan Stuart within 120 days of the issuance of the Summons. On April 12, 2012, the Pro Se Office mailed a Service Package to the address provided by Plaintiff – the same address he provided in his previously filed case. The mailing was returned as undeliverable on April 25, 2012.

    "It is a plaintiff's responsibility to keep the Court informed of his current address, and failure to do so alone may justify dismissal for failure to prosecute." *Townsend v. Rosario*, No. 05 Civ. 0588 (RJH) (DCF), 2006 WL 572713, at *3 (S.D.N.Y. Mar. 7, 2006). Evidently, Plaintiff has failed to provide the Court with an address where he can receive mail. More than 120 days have elapsed since the filing of the Complaint, and Plaintiff has failed to effectuate service. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall submit a letter to the Court no later than September 20, 2012, explaining why service has not been effectuated or

requesting an extension. Failure to do so could result in the Court dismissing Plaintiff's action without prejudice pursuant to Rule 4(m) for failure to effectuate service of process and Rule 41(b) for failure to prosecute.

SO ORDERED.

Dated:  New York, New York
August 21, 2012

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE

A copy of this Order was sent to Plaintiff at the following address:

Anton Purisima
390 9th Avenue
New York, NY 10001